334

Isadore Josephson, Appellant, v. Joseph M. Rubenstein et al., Appellees.

Gen. No. 43,752. 

opinion filed February 3, 1947; released for publication February 17, 1947. John O. Wagner, for appellant; Goldman, Allshouse & Healy, for appellees; Louis Goldman and Robert G. Dreffein, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.